UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gennady Kosovoy,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　　　　Defendant. | Civil Action No.: 09-cv-0014 |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

　　　Plaintiff, Gennady Kosovoy, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: February 10, 2009
　　　　Stamford, CT

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg (SL 6331)
　　　　　　　　　　　　　　　　　　　　　　Lemberg & Associates, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, a copy of the foregoing Notice of Withdrawal of the Complaint and Voluntary Dismissal of the Action Without Prejudice Pursuant to Rule 41(a) was mailed, via postage-paid wrapper, to the address below:

Michelle H. Lyon
Sessions Fishman Nathan & Israel
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002

By: _____
Sergei Lemberg