UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gennady Kosovoy, | Civil Action No.: 09-cv-0014 |
| Plaintiff, | |
| v. | |
| NCO Financial Systems, Inc., | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Plaintiff, Gennady Kosovoy, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: February 10, 2009
Stamford, CT

Respectfully submitted,

By: _____
Sergei Lemberg (SL 6331)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, a copy of the foregoing Notice of Withdrawal of the Complaint and Voluntary Dismissal of the Action Without Prejudice Pursuant to Rule 41(a) was mailed, via postage-paid wrapper, to the address below:

Michelle H. Lyon
Sessions Fishman Nathan & Israel
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002

By: _____
Sergei Lemberg